**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

Dated: November 05, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15477/0175193911

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steven S. Diaz, Sr. and Esther Diaz<br>       Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>       Movant,<br>  vs.<br><br>Steven S. Diaz, Sr. and Esther Diaz, Debtors;<br>Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:09-bk-13047-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 26) |

This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, David Allegrucci, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 10, 2008, and recorded on March 20, 2008,

in the office of the Maricopa County Recorder at Instrument No. 20080247641 wherein Wells Fargo Bank, N.A. is the current beneficiary and Steven S. Diaz, Sr. and Esther Diaz have an interest in, further described as:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF MARICOPA, STATE OF ARIZONA AND IS DESCRIBED AS FOLLOWS:

PARCEL NO. 1:

TheWest 343.00 feet of the North half of the following described property:

The South half of the Northwest quarter of the Southwest quarter of the Southeast quarter of Section 3, Township 4 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT any portion thereof lying within the North 1655.04 feet of said Southeast quarter of section 3.

PARCEL NO. 2:

The West 343.00 feet of the South half of the following described property:

The South half of the Northwest quarter of the Southwest quarter of the Southeast quarter of Section 3, Township 4 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT any portion thereof lying within the North 1855.04 feet of said Southeast quarter of Section 3.

PARCEL NO. 3:

The South half of the following described property:

The South half of the Northwest quarter of the Southwest quarter of the Southeast quarter of Section 3, Township 4 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT any portion thereof lying within the North 1655.04 feet of said Southeast quarter of Seetlon 3; and

EXCEPT the West 343.00 feet thereof.

PARCEL NO. 4:

The North half of the following described property:

The South half of the Northwest quarter of the Southwest quarter of the Southeast quarter of Section 3, Township 4 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT any portion thereof lying within the North 1655.04 feef of said Southeast quarter of Section 3; and

EXCEPT the West 343.00 feet thereof.

PARCEL NO. 5:
An easement for ingress and egress as created in Docket 15381, Page 1 and rerecorded in Recording No. 1986-0032964, over the East 20 feet and the West 30 feet of tha Southwest quarter of the Southwest quarter of the Southeast quarter of Section 3, Township 4 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective December 29, 2009** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT